# EXHIBIT 19

| | |
|---|---|
| From: | Terra, Scott |
| Sent: | Thursday, December 22, 2016 12:05 PM |
| To: | Chenetski, Mark; William Krekstein; King, Sherri |
| Cc: | Terra, Scott; Meaden & Moore; Veahman, Caroline |
| Subject: | RE: Rod & Reel / PR-083485 |
| Attachments: | image013.jpg; image014.png; image015.png; image016.png; image003.jpg; image007.png; image010.png; image012.png |

Mark,

I appreciate your concerns and respect your decision..

However, The gaming related loss is subjective based on the placement of the machines. We can all agree the 1.4 million dollar loss is excessive. We can further agree that two independent forensic accountants have drawn two different conclusions. As in any situation we have a difference in value.

I would agree that we have a very solid value, based on 12 months, from Christian Fox. That being said, Christian Fox, Caroline Veahman & myself sat in on the meeting discussing the difference between the original machines show a 20% grow verses the new machines showing a 37% grow. Christian Fox has based his numbers on a 30% grow trend.

To sum this up, we are looking at a difference of 7% between our numbers and the insured….. 7%.... This is normally not a huge variance between numbers, but because of the amount of loss, it's Big!

If you need any additional info, please don't hesitate to call.


Sincerely,


Scott Terra
CARE Supervisor
State Auto Insurance Companies
Phone: 6149174451 | Fax: 317.931.6147




Email | Website   ¤ ¤ ¤

From: Chenetski, Mark
Sent: Thursday, December 22, 2016 11:09 AM
To: Veahman, Caroline
Cc: Terra, Scott; King, Sherri; William O. Krekstein
Subject: RE: Rod & Reel / PR-083485



Rod&Reel 3444

I'm still having difficulty understanding how a restaurant fire caused a significant gaming related loss when the machines in question were only out of service until they could be relocated several hours later.

Let's get some fresh eyes on this to be sure we understand exactly what is going on time element wise.

I've touched base with Sherri, Christian and Bill and discussed finding another expert to work with Christian to review the insured's most recent submission in detail to determine the accuracy of the insured's claim.

I'm very comfortable with the handling of the matter to date, but I'm not ready to compromise this claim without some additional analysis of the insured's submission.

**Mark Chenetski**
CARE Manager
State Auto Insurance Companies
Phone: 6149175813 | Fax: 614.719.0475



Email | Website   ￭   ￭   ￭

---

**From:** Veahman, Caroline
**Sent:** Wednesday, December 21, 2016 9:24 AM
**To:** Chenetski, Mark
**Cc:** Terra, Scott
**Subject:** Rod & Reel / PR-083485

Hi Mark,

This is the loss we conferenced with Christian and Scott after our onsite meeting with insured. The insured actually achieved a 30% growth rate despite the loss, while growing only 20% in the 12 months prior to the loss.

Although we think it is difficult to support a loss in the gaming area, we recognize that there are numbers and opinions on the other side which can be used to suggest a 37% growth rate. In order to find some common ground, the attached table can be used to show how much impact each percentage of growth makes to the potential income loss.

It is easier to look at this from the percentage gap. Whether using our numbers or the insured's public adjuster's numbers, I believe the difference at 34% would be our max of $320,000.

Also, the RC holdback for the building will come into play.

The insured / public adjuster has a global policyholder release.

Thank you,

Caroline

Rod&Reel 3446

**From:** Christian Fox (CFox@meadenmoore.com)
**Sent:** Thursday, December 22, 2016 3:44 PM
**To:** King, Sherri
**Subject:** RE: Rod & reel
**Attachments:** image001.jpg; image002.png; image003.png; image004.png; 77527 Rod & Reel - BI Report, 2016.07.15.pdf

Here you go. Please feel free to call me to discuss

Thanks,

Christian T. Fox, CPA
Meaden & Moore
614-848-8494
cfox@meadenmoore.com

**From:** King, Sherri [mailto:Sherri.King@StateAuto.com]
**Sent:** Thursday, December 22, 2016 3:37 PM
**To:** Christian Fox <CFox@meadenmoore.com>
**Subject:** Rod & reel

Hi Christian,

Could you send me your most recent BI/EE evaluation, please?

Thanks

**Sherri King**
**Claim Examiner**
State Auto Insurance Companies
Phone: 6149174975 | Fax: 614.887.1679 | Sherri.King@StateAuto.com

Email | Website  

Click here to report this email as spam.

Rod&Reel 3447