# EXHIBIT 25

**From:** Neal Charkatz ncharkatz@gggco.com 
**Subject:** FW: Rod & Reel meeting request
**Date:** May 19, 2022 at 2:18 PM
**To:** Tom Brown (tom@virginia-lawyers.net) tom@virginia-lawyers.net

Neal M. Charkatz
*Senior Vice President/Principal*
Goodman-Gable-Gould/Adjusters International
3903 Naylors Lane, Pikesville, Maryland 21208
AND
10110 Molecular Drive, Suite 300 Rockville, Maryland 20850
Direct: 301.692.1125  **Mobile: 301.674.2153**  Office: 301.881.9230
ncharkatz@gggco.com
www.ggg-ai.com

Goodman-Gable-Gould/Adjusters International
10110 Molecular Dr.
Suite 300
Rockville MD. 20850

800-858-3900 x1125
301-881-9230 x 1125
Fax: 301-231-9055
Cell: 301-674-2153
NCharkatz@gggco.com

800-858-3900 x1125
301-881-9230 x1125
Cell: 301-674-2153
Fax: 301-231-9055
ncharkatz@gggco.com

Fax: 301-231-9055
Cell: 301-674-2153
NCharkatz@gggco.com

Assistant: Becca Sauter x 1107
BSauter@gggco.com

---

**From:** Neal Charkatz
**Sent:** Tuesday, November 01, 2016 2:09 PM
**To:** Terra, Scott <Scott.Terra@StateAuto.com>
**Subject:** RE: Business Income (Breakdown)

Scott;

It is the insured's intent to meet to try and settle the loss between Thanksgiving and Christmas. We are revising our valuation and gathering the requested data and hope to have it to you in the next two weeks.

Please advise if all parties are available a specific week, I want to get this on the books around everyone's holiday plans ASAP.

Thanks

Neal M. Charkatz
Senior Vice President/General Adjuster
Goodman-Gable-Gould/ Adjusters International
10110 Molecular Dr.
Suite 300
Rockville, MD 20850

800-858-3900 x1125
301-881-9230 x1125
Cell: 301-674-2153
Fax: 301-231-9055
ncharkatz@gggco.com

Assistant: Becca Sauter x1107
BSauter@gggco.com

---

**From:** Terra, Scott [mailto:Scott.Terra@StateAuto.com]
**Sent:** Wednesday, August 24, 2016 2:00 PM
**To:** Neal Charkatz
**Subject:** FW: Business Income (Breakdown)

Neal,

Please see the below requested information, this information is needed prior to scheduling a face to face with our insured.

Thank you,

**Scott Terra**
**CARE Supervisor**
State Auto Insurance Companies
Phone: 6149174451 | Fax: 317.931.6147 | Scott.Terra@StateAuto.com



 Email | Website   

---

**From:** Veahman, Caroline
**Sent:** Wednesday, August 24, 2016 1:04 PM
**To:** Terra, Scott
**Subject:** FW: Business Income (Breakdown)

---

**From:** Christian Fox [mailto:CFox@meadenmoore.com]
**Sent:** Tuesday, August 23, 2016 4:43 PM
**To:** Veahman, Caroline
**Subject:** RE: Business Income (Breakdown)

1. Updated or revised presentation setting forth the current Business Income claim demand utilizing actual results for any periods which have been completed. (Preliminary claim had significant estimates for late 2015 and 2016)

2. Written response to the following specific points addressed in the Meaden & Moore report or a complete narrative report rebuttal to Meaden & Moore's loss measurement

    a. Large estimates of continuing payroll at Smokey Joes for November 2015 through April 2016
    b. Rod & Reel restaurant reporting of slip rental, diesel, and gasoline in November 2015 P&L
    c. Prior year adjustments made in December 2015 in the CB Resort and Spa income statement
    d. The decline in CB Resort and Spa revenue was isolated to the Spa, rather than hotel room revenue
    e. The decline in the Tackle Shop was generated primarily by declining fuel prices

Thanks,

**Plaintiffs' Production of Documents 000008**

Christian T. Fox, CPA
Meaden & Moore
614-848-8494
[cfox@meadenmoore.com](cfox@meadenmoore.com)



Rod N Reel - Prelim...16).xls

**Plaintiffs' Production of Documents 000009**